PROB. 35 (Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Docket # 8:03CR210

William Heimbuch

On July 24, 2003, William Heimbuch was sentenced to five (5) years probation. The period of probation commenced on that date. Mr. Heimbuch has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that William Heimbuch be discharged from supervision.

Respectfully submitted,

Mary Lee Ranheim, Deputy Chief
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 13th day of November, 2007.

The Honorable Laurie Smith Camp
United States District Judge